# NASSAU COUNTY
**MITCH L. KEITER**
CLERK OF THE CIRCUIT COURT & COMPTROLLER

FLORIDA'S CLERKS OF COURT AND COMPTROLLERS
Bring You
CCIS — COMPREHENSIVE CASE INFORMATION SYSTEM

eportaluser

Collapse All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 452025CA000311CAAXYX [25CA000311AXYX] | 09/24/2025 | | NASSAU | OTHER CIVIL LIBEL/SLANDER | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 09/24/2025 | OTHER CIVIL LIBEL/SLANDER | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| AHO, MARIANNE LLOYD | JUDGE | | |
| AIC FERNANDINA, LLC d/b/a AMEL | PLAINTIFF | MCLAUCHLIN, MATTHEW PEARCE | 484180 |
| BUCHANAN, BLAKE F. | DEFENDANT | ZIMM, CHRISTIAN GERARD | 1028178 |

## Dockets

Page : 1    ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 46 | 03/04/2026 | NOTICE OF CHANGE OF LAW FIRM AND ADDRESS: C. ZIMM, ESQ AND K. KUCHARZ, ESQ | 3 |
| | 45 | 02/23/2026 | ORDER CANCELING CASE MGMT CONF ON 2/26/26 | 2 |
| | 44 | 01/28/2026 | NOTICE OF UNAVAILABILITY -CHRISTIAN ZIMM, ESQ | 3 |
| | 43 | 01/21/2026 | SUBPOENA SERVED: GLASS AND GRASS, LLC | 13 |
| | 42 | 01/13/2026 | DEF'S PROOF OF SERVICE OF SUBPOENA TO SEAN INCE | 13 |
| | 41 | 01/12/2026 | DEF'S PROOF OF SERVICE OF SUBPOENA TO CODY JOHNSON SR. | 13 |
| | 40 | 01/09/2026 | PL'S MOTION FOR PROTECTIVE ORDER | 6 |
| | 39 | 01/09/2026 | PL'S RESPONSE TO DEF'S SECOND REQUEST FOR PRODUCTION | 6 |
| | 38 | 01/09/2026 | DEF'S RESPONSE TO PL'S FIRST REQUEST FOR PRODUCTION | 15 |
| | 37 | 01/07/2026 | DEF'S RESPONSE TO PL'S FIRST REQUEST FOR ADMISSIONS | 10 |
| | 36 | 01/07/2026 | NOTICE OF CHANGE OF FIRM NAME & ADDRESS CHANGE: MCLAUCHLIN & MARTIN, PLLC | 2 |
| | 35 | 12/23/2025 | NOTICE OF INTENT TO SERVE SUBPOENA: | 46 |
| | 34 | 12/23/2025 | DEF'S MOTION TO DETERMINE THE SUFFICIENCY OF PL'S RESPONSES TO DEF'S 1ST REQUESTS FOR ADMISSIONS, & REQUEST FOR EXPENSES OF MOTION | 20 |
| | 33 | 12/23/2025 | DEF'S MOTION TO COMPEL DOCUMENT PRODUCTION & DISCOVERY RESPONSES FROM PL & REQUEST FOR EXPENSES OF MOTION | 31 |
| | 32 | 12/19/2025 | PL'S OBJECTION TO NOTICE OF PRODUCTION TO NON-PARTIES | 4 |
| | 31 | 12/11/2025 | DEF'S RESPONSE IN OPPOSITION TO PL'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND IN THE ALT. LEAVE TO AMEND AFFIRMATIVE DEFENSES | 12 |
| | 30 | 12/10/2025 | DEF'S MOTION FOR LEAVE OF COURT TO REQ MORE INTERROGATORIES AND REQS FOR ADMISSIONS | 4 |
| | 29 | 12/10/2025 | NOTICE OF PRODUCTION TO NON-PARTIES | 22 |
| | 28 | 12/10/2025 | DEF'S 2ND SET OF CONTINUING REQUEST TO PRODUCE OF DOCS TO PL. | 11 |
| | 27 | 12/05/2025 | NOTICE OF SERVICE OF PL'S INITIAL DISCOVERY DISCLOSURES | 2 |
| | 26 | 12/05/2025 | NOTICE OF SERVING PL'S SUPPLEMENTAL ANSWERS TO DEF'S FIRST SET OF INTERROGATORIES | 2 |
| | 25 | 12/05/2025 | PL'S 1ST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEF | 7 |
| | 24 | 12/05/2025 | PL'S 1ST REQUEST FOR ADMISSIONS TO DEF | 4 |
| | 23 | 12/01/2025 | DEF'S NOTICE OF SERVING INITIAL DISCLOSURES | 2 |
| | 22 | 11/21/2025 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL: MICHAEL L. DUNCAN, ESQ FOR AIC FERNANDINA, LLC D/B/A AMELIA ISLAND COFFEE | 2 |
| | 21 | 11/20/2025 | PL'S RESPONSE TO DEF'S FIRST REQUEST FOR PRODUCTION | 6 |
| | 20 | 11/20/2025 | PL'S RESPONSE TO DEF'S FIRST REQUEST FOR ADMISSIONS | 6 |
| | 19 | 11/20/2025 | NOTICE OF SERVING PL'S ANSWERS TO DEF'S FIRST SET OF INTERROGATORIES | 2 |
| | 18 | 11/12/2025 | PL'S MOTION TO STRIKE AFFIRMATIVE DEFENSES | 2 |
| | 17 | 11/12/2025 | PL'S REPLY TO AFFIRMATIVE DEFENSES | 2 |
| | 16 | 10/23/2025 | CASE MANAGEMENT CONFERENCE ORDER: 2/26/26 @9AM | 4 |
| | 15 | 10/23/2025 | NOTICE OF TAKING DEPOSITION: 12/1/25 @1PM | 3 |
| | 14 | 10/23/2025 | NOTICE OF TAKING DEPOSITION: 12/1/25 @3PM | 3 |
| | 13 | 10/23/2025 | NOTICE OF TAKING DEPOSITION: 12/1/25 @10AM | 6 |
| | 12 | 10/23/2025 | DEF'S FIRST REQUEST FOR ADMISSIONS TO PL | 6 |
| | 11 | 10/23/2025 | DEF'S FIRST SET OF CONTINUING REQUESTS TO PRODUCE TO PL | 13 |
| | 10 | 10/23/2025 | DEF'S FIRST SET OF CONTINUING INTERROGATORIES TO PL | 8 |
| | 9 | 10/23/2025 | DEF'S VERIFIED ANSWER | 9 |
| | 8 | 09/25/2025 | SUMMONS ISSUED: BLAKE BUCHANAN | 3 |
| | 4 | 09/25/2025 | Payment received: $410.00 Receipt Number YX 255722 | |
| | 2 | 09/25/2025 | Judge: Assigned | |
| | 7 | 09/24/2025 | COMPLAINT | 7 |
| | 6 | 09/24/2025 | EFILED SUMMONS TO BE ISSUED | 3 |
| | 5 | 09/24/2025 | COVER SHEET | 3 |
| | 3 | 09/24/2025 | Assessment 1 assessed at sum $410.00 | |
| | 1 | 09/24/2025 | Case 452025CA000311CAAXYX Filed with Clerk on 9/24/2025 | |

## Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 09/25/2025 | - | AHO, MARIANNE L | |

## Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

## Financial Summary

**Financial Summary**

| | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

**Financial Details**

| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
|---|---|---|---|---|---|
| | $410.00 | $410.00 | $0.00 | $0.00 | - |