UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AIC FERNANDINA, LLC,

        Plaintiff,

v.                                  CASE NO. 3:26-cv-514-MMH-SJH

BLAKE F. BUCHANAN,

        Defendant.

_____/

## ORDER

With its "first appearance, each party in a civil action must file a disclosure statement using the standard form from the clerk or the court's website." Local Rule 3.03; *see also* Fed. R. Civ. P. 7.1. Defendant has not done so and will thus be directed to file a disclosure statement.

In addition, Plaintiff's disclosure statement, Doc. 10, is insufficient. Question 7 of the form requires the filer to state its citizenship if jurisdiction is based on either 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a). In response, Plaintiff stated that it "is a Florida limited liability company and citizen of Florida, with its principal place of business" in Florida. Doc. 10 at 3. This is insufficient. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004); *see also* Doc. 10 at 2 ("If the filer is a **limited liability company** or other **unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity

and that member's citizenship, and so on.").

Accordingly, it is **ordered**:

1.    Plaintiff's disclosure statement (Doc. 10) is **stricken**.

2.    On or before **March 31, 2026**, the parties shall each file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on March 17, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

2