**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| AIC FERNANDINA, LLC, d/b/a<br>Amelia Island Coffee<br>v.<br>BLAKE F. BUCHANAN | CASE NO. 3:26-cv-514-MMH-SJH |

Counsel for Plaintiff:          Counsel for Defendant:
Michael Duncan                Nathan Moelker
Matthew McLauchlin         Christina Compagnone

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   MOTION HEARING

Oral argument by counsel.

Plaintiff's Motion to Remand (Dkt. No. 26) is **TAKEN UNDER ADVISEMENT**.

Joint notice from the parties regarding the amount in controversy due **July 13, 2026**.

If the parties agree that the amount in controversy exceeds $75,000, then they shall also advise the Court whether they believe a settlement conference before the Magistrate Judge would be beneficial.

If there is no agreement, then the case will be remanded.

**Order to enter**.

Date: July 7, 2026          Time: 11:02 a.m. – 11:55 a.m.          Total: 53 Minutes