**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AIC FERNANDINA, LLC, a Florida
limited liability company

        Plaintiff,

                            Case No. 3:26-cv-514-MMH-SJH

v.

BLAKE F. BUCHANAN,

        Defendant.

_____/

## JOINT NOTICE REGARDING AMOUNT IN CONTROVERSY

Pursuant to the Court's Order dated July 7, 2026, reflected in the Clerk's Minutes (Doc. 40) of the hearing held on July 7, 2026 on Plaintiff's Motion for Remand (Doc. 26), the parties, AIC Fernandina, LLC and Blake F. Buchanan, hereby submit this Joint Notice Regarding Amount in Controversy and state:

1.     At the hearing on Plaintiff's Motion to Remand, the Court ordered the parties to provide the Court with a Joint Notice regarding the amount in controversy due July 13, 2026 stating: "If the parties agree that the amount in controversy exceeds $75,000, then they shall also advise the Court whether they believe a settlement conference before the Magistrate Judge would be beneficial. If there is no agreement, then the case will be remanded."  See Doc. 40.

2.     Pursuant to the Court's Order, the parties hereby jointly submit that they do **not** agree that the amount in controversy exceeds $75,000.

Respectfully submitted,

**DUNCAN TRIAL & MEDIATION**
(lead counsel)

/s/ *Michael L. Duncan*
Michael L. Duncan, Esq.
Florida Bar No. 0050946
301 West Bay Street, Suite 1446
Jacksonville, Florida 32202
Telephone: (904) 655-2475
mikeduncan@mikeduncanlaw.com

**McLAUCHLIN & MARTIN, PLLC**

s/ *Matthew P. McLauchlin*
Matthew P. McLauchlin, Esq.
Fla. Bar No. 484180
822 A1A N., Suite 310
Ponte Vedra Beach, Florida 32082
Telephone: (904) 755-6639
Primary Email:
matt@mpmlawyers.com
Secondary E-mail:
erin@mpmlawyers.com

*Counsel for Plaintiff*

**AMERICAN CENTER FOR LAW & JUSTICE**

/s/ *Abigail A. Southerland*
Abigail A. Southerland
(TN Bar No. 026608)
625 Bakers Bridge Ave, Suite 105-121
Franklin, TN 37067
Telephone: 615-599-5572
asoutherland@aclj.org

Nathan Moelker
(VA Bar No. 98313)
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
nmoelker@aclj.org

Jane Serene Raskin
(FL Bar No. 0848689)
**RASKIN & RASKIN, PA**
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Tel: (305) 444-3400
Cell: (305) 978-5410
1701 Pennsylvania Avenue
Suite 200
Washington, D.C. 20006
jraskin@raskinlaw.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Matthew P. McLauchlin
Attorney