**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AIC FERNANDINA, LLC,
d/b/a Amelia Island Coffee,

      Plaintiff,

v.                                                                    Case No.    3:26-cv-514-MMH-SJH

BLAKE F. BUCHANAN,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Dkt. No. 26; Motion) filed on April 9, 2026.   The Court held a hearing on the Motion on July 7, 2026.   See Clerk's Minutes (Dkt. No. 40).   After hearing argument on the Motion, the Court directed the parties to file a joint notice no later than July 13, 2026, advising the Court whether they agree that the amount in controversy exceeds $75,000.00.   See id.   On July 13, 2026, the parties filed a notice stating that they do not agree that the amount in controversy exceeds $75,000.00.   See Joint Notice Regarding Amount in Controversy (Dkt. No. 41). For the reasons stated on the record at the hearing, the Court finds that Defendant has failed to establish by a preponderance of the evidence that the amount in controversy in this action exceeds $75,000.00.   As such, the Motion

is due to be granted, and this matter will be remanded to the state court in which Plaintiff filed the action.   Accordingly, it is

**ORDERED:**

1.    Plaintiff's Motion to Remand (Dkt. No. 26) is **GRANTED**.

2.    This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Nassau County, Florida for all further proceedings.

3.    The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court and to close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2026.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Clerk, Fourth Judicial Circuit

- 2 -